Certificate Number: 17572-PAM-DE-033607870

Bankruptcy Case Number: 14-04307



17572-PAM-DE-033607870

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 26, 2019</u>, at <u>3:51</u> o'clock <u>PM PDT</u>, <u>Shannon L English</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>October 26, 2019</u>          By:    <u>/s/Kristina Milicevic</u>

Name:  <u>Kristina Milicevic</u>

Title:  <u>Counselor</u>