# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

SHANNON L. ENGLISH                         Case No.: 4-14-04307-RNO
                                           Chapter 13

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**         **MORTGAGE INFORMATION**
Creditor Name:                  JPMORGAN CHASE BANK, NAT ASSOC
Court Claim Number:             10
Last Four of Loan Number:       3371
Property Address if applicable: 955 E. PENN STREET, , MUNCY, PA17756

**PART 2:**         **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:                                $1,149.23
b. Prepetition arrearages paid by the Trustee:                    $1,149.23
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):                               $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:       $0.00
e. Allowed postpetition arrearage:                                $0.00
f. Postpetition arrearages paid by the Trustee:                   $0.00
g. Total b, d, f:                                                 $1,149.23

**PART 3:**         **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**         **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 4, 2019                      Respectfully submitted,

                                         s/ Charles J. DeHart, III, Trustee
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA 17036
                                         Phone: (717) 566-6097
                                         Fax: (717) 566-8313
                                         eMail: dehartstaff@pamd13trustee.com

Creditor Name: JPMORGAN CHASE BANK, NAT ASSOC
Court Claim Number: 10

```
    CLM #    CHECK #     DATE        PRIN PAID    INT PAID     TOTAL DISB

    0100     1135468     10/06/2015    $144.90     $0.00        $144.90
    0100     1137200     11/04/2015    $292.50     $0.00        $292.50
    0100     1139968     12/03/2015    $282.90     $0.00        $282.90
    0100     1141660     01/07/2016    $282.90     $0.00        $282.90
    0100     1143320     02/03/2016    $146.03     $0.00        $146.03
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

SHANNON L. ENGLISH    Case No.: 4-14-04307-RNO
                     Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 4, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| NORMAN M. LUBIN, ESQUIRE<br>CASALE & BONNER, PC<br>331 ELMIRA STREET<br>WILLIAMSPORT PA, 17701- | SERVED ELECTRONICALLY |
| CHASE RECORDS CENTER<br>ATTN: CORRSPONDENCE MAIL/MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE, LA, 71203 | SERVED BY 1ST CLASS MAIL |
| SHANNON L. ENGLISH<br>955 E. PENN STREET<br>MUNCY, PA 17756 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 4, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com